ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MAURILIO MONTALVO,

Defendant.

CASE NO. 1:25-MJ-00125-EPG

ORDER TO UNSEAL CASE

Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered that the Complaint and all other filings be unsealed.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated: **October 13, 2026**

Erin Sug Castillo
UNITED STATES MAGISTRATE JUDGE