HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MAURILIO MONTALVO DE JESUS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MAURILIO MONTALVO DE JESUS,<br>Defendant. | Case Nos. 1:25-mj-00125-EPG and 1:24-mj-00042-SAB<br>**STIPULATION TO CONTINUE PRELIMINARY EXAMINATION AND STATUS CONFERENCE; ORDER**<br>Date: November 12, 2026<br>Time: 2:00 p.m.<br>Judge: Hon. Frank J. Singer |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Maurilio Montalvo De Jesus, that the Court may continue the preliminary examination for Case No. 1:25-mj-00125-EPG and the status conference for Case No. 1:24-mj-00042-SAB from November 5, 2026, at 2:00 p.m. to November 12, 2026, at 2:00 p.m.

Mr. Montalvo De Jesus made his initial appearance on both cases on October 13, 2026. In Case No. 1:25-mj-00125-EPG, the parties advised the Court that they were working toward a preindictment resolution and requested that the Court make a finding of good cause to set the preliminary examination outside the statutory timeframe. Based on the parties' representation, the Court found good cause and set the preliminary examination for November 5, 2026, at 2:00

p.m. The Court also set a status conference for Case No. 1:24-mj-00042-SAB—a Class B misdemeanor case—on November 5, 2026, at 2:00 p.m.

The parties now request that the Court continue the preliminary examination for Case No. 1:25-mj-00125-EPG and the status conference for Case No. 1:24-mj-00042-SAB an additional week. The government has provided discovery for both cases and has extended a plea offer that would resolve both cases. Defense counsel requires additional time to review the preindictment offer with her client. The parties agree that the extension of a preindictment plea offer, and defense counsel's need to review discovery and the offer with her client, constitutes good cause to hold the preliminary examination outside the statutory deadline. The parties further agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a speedy indictment as prescribed by the Speedy Trial Act.

**IT IS SO STIPULATED.**

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: October 30, 2026

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 30, 2026

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
MAURILIO MONTALVO DE JESUS

/ / /

/ / /

/ / /

/ / /

# **ORDER**

**IT IS SO ORDERED.** The preliminary examination for Case No. 1:25-mj-00125-EPG is continued from November 5, 2026, at 2:00 p.m. to November 12, 2026, at 2:00 p.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which an indictment must be filed, the time period of November 5, 2026, to November 12, 2026, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The status conference for Case No. 1:24-mj-00042-SAB is likewise continued from November 5, 2026, at 2:00 p.m. to November 12, 2026, at 2:00 p.m.

IT IS SO ORDERED.

Dated: **October 30, 2026**

STANLEY A. BOONE
United States Magistrate Judge