ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAURILIO MONTALVO DE JESUS,<br><br>Defendant. | Case Nos. 1:25-mj-00125-EPG;<br>1:24-mj-00042-SAB<br><br>MOTION TO DISMISS COMPLAINT IN CASE NO. 1:25-MJ-00125-EPG |

The parties have reached an agreement to resolve the above-referenced cases. The parties have agreed that the defendant will plead guilty and receive a sentence of three months in custody in Case No. 1:24-mj-00042-SAB and that the government will move to dismiss the complaint in Case No. 1:25-mj-00125-EPG without prejudice. Accordingly, the government plans to proceed with the status conference that is scheduled for November 12, 2026, in Case No. 1:24-mj-00042-SAB, and the government moves to dismiss the complaint in Case No. 1:25-mj-00125-EPG without prejudice and in the interests of justice.

Dated: November 10, 2026

*/s/ Joseph Barton*
Joseph Barton
Assistant United States Attorney

ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br>v.<br><br>MAURILIO MONTALVO DE JESUS,<br><br>Defendant. | Case No. 1:25-mj-00125-EPG;<br>1:24-mj-00042-SAB<br><br>ORDER |

Upon the government's motion, and for good cause shown, the status conference that is scheduled for November 12, 2026, in Case No. 1:24-mj-00042-SAB will proceed as scheduled, and the complaint in Case No. 1:25-mj-00125-EPG is dismissed without prejudice.

IT IS SO ORDERED.

Dated: November 13, 2026

UNITED STATES MAGISTRATE JUDGE